JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOMEZ,<br><br>        Petitioner,<br><br>        v.<br><br>RON GODWIN, Acting Warden,<br><br>        Respondent. | Case No. CV 20-2393-DOC (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 8, 2021

_____
DAVID O. CARTER
U.S. DISTRICT JUDGE